No. 83–2009. MATHIS ET AL. *v.* HEGWOOD ET AL. Ct. App. Ga. Certiorari denied.

No. 83–2013. STEVENS READY-MIX CONCRETE CO. *v.* OKC CORP. C. A. 5th Cir. Certiorari denied.

No. 83–2015. FIRST MULTIFUND ADVISORY CORP. *v.* WILLIAMS ET AL. C. A. 2d Cir. Certiorari denied.

No. 83–2016. LUTER *v.* IOWA. Sup. Ct. Iowa. Certiorari denied.

No. 83–2017. CHIN NIEN TSANG *v.* BOARD OF GOVERNORS OF WAYNE STATE UNIVERSITY. C. A. 6th Cir. Certiorari denied.

No. 83–2019. ZOLLA *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 83–2020. FORD *v.* AMERICAN BROADCASTING COS., INC., ET AL. C. A. 2d Cir. Certiorari denied.

No. 83–2021. MANDARINO *v.* POLLARD, MAYOR OF LOMBARD, ILLINOIS, ET AL. C. A. 7th Cir. Certiorari denied.

No. 83–2023. GARDNER *v.* TEC SYSTEMS, INC., ET AL. C. A. Fed. Cir. Certiorari denied.

No. 83–2024. WIEBE *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 83–2027. GRIFFIN ET AL. *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 83–2028. BUTLER *v.* FEDERAL NATIONAL MORTGAGE ASSOCIATION. Sup. Ct. Okla. Certiorari denied.

No. 83–2031. TEHFE ET AL. *v.* GRAND JURY EMPANELLED DECEMBER 16, 1983, UNITED STATES DISTRICT COURT, DISTRICT OF NEW JERSEY. C. A. 3d Cir. Certiorari denied.